```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                         :
                                                  :
                              Plaintiff,          :
                                                  :   21-CR-794 (ALC)
            -against-                             :
                                                  :   ORDER
LUIS LEE,                                         :
                                                  :
                              Defendant.          :
                                                  :
------------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/4/22

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **March 8, 2022** at **12:00 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:      New York, New York
            March 4, 2022

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**