USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-1-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                        Plaintiff,

     -against-                               21-CR-794 (ALC)

LUIS LEE,                                     **ORDER**

                       Defendant.

-------------------------------------------------------------------x

ANDREW L. CARTER, JR., District Judge:

     The Telephone Status Conference set for April 7, 2022 at 4:00 p.m. is converted to an in-person Change of Plea Hearing.

SO ORDERED.

Dated:     New York, New York
             April 1, 2022

                                                   _____
                                                   ANDREW L. CARTER, JR.
                                                   United States District Judge