UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-23-22

-------------------------------------------------------X

United States of America,

**ORDER**

21-CR-794 (ALC)

-against-

Luis Lee,

-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a conflict on the Court's calendar, the August 18, 2022 sentencing is being rescheduled to **August 16, 2022** at **2:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
       June 23, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE